No. 00–665. MONTEMAYOR, COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, ET AL. *v.* CORPORATE HEALTH INSURANCE ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rush*

*Prudential HMO, Inc.* v. *Moran, ante,* p. 355.